# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3091
_____

CHARLY KEANU PRINGLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the County Court for Alachua County.
Kristine Van Horst, Judge.


January 2, 2026

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.